THE STATE OF OHIO, APPELLANT, *v.* LUNDY, APPELLEE.

[Cite as *State v. Lundy* (1999), 84 Ohio St.3d 279.]

(No. 98–1579—Submitted November 10, 1998—Decided January 6, 1999.)

---

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Patrick J. McCarthy,* Assistant Prosecuting Attorney, for appellant.

---

The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.